# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0489

_____

EDWARD A. MARSHALL-BYRD, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

March 15, 2019

PER CURIAM.

The amended petition for belated appeal is denied on the merits.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Edward A. Marshall-Byrd, Jr., pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.